**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 6, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| UTAH PETROLEUM ASSOCIATION,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | No. 25-9507<br>(EPA No. EPA-R08-OAR-2024-0001)<br>(Environmental Protection Agency) |
| STATE OF UTAH, by and through its Governor, Spencer J. Cox, and its Attorney General, Derek E. Brown,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | No. 25-9508<br>(EPA No. EPA-R08-OAR-2024-0001)<br>(Environmental Protection Agency) |
| SEVEN COUNTY INFRASTRUCTURE COALITION, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | No. 25-9513<br>(EPA No. EPA-R08-OAR-2024-0001)<br>(Environmental Protection Agency) |

Respondents.

---

UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION, a federally recognized Indian Tribe,

Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

Respondents.

No. 25-9525
(EPA No. EPA-R08-OAR-2024-0001)
(Environmental Protection Agency)

---

**ORDER**

---

These matters are before the court on Respondent Environmental Protection Agency's *Conditionally Unopposed Motion to Hold Case in Abeyance*. The motion is taken under advisement pending further order of the court. On February 21, 2025, the Public Interest Groups filed separate motions to intervene in each of these matters. Responses to the motions to intervene remain due March 7, 2025. Parties opposing intervention may file separate responses to the motions to intervene, or they may file a single consolidated response, captioned for all four cases.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
Chief Deputy Clerk